FILED
2021 Jun-17  PM 02:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| ONOFRIO ANTHONY MANGIONE, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | 7:21-cv-00358-LSC |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

The Court acknowledges receipt of the parties' Joint Stipulation of Dismissal (doc. 9) filed on June 8, 2021. Accordingly, this case is DISMISSED WITH PREJUDICE and costs are taxed as paid.

**DONE** and **ORDERED** on June 17, 2021.

_____
L. Scott Coogler
United States District Judge

202892